**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**DISTRICT OF SOUTH DAKOTA**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Joseph** <br> First Name <br><br> **William** <br> Middle Name <br><br> **Irwin** <br> Last Name | **Jessica** <br> First Name <br><br> **Lynn** <br> Middle Name <br><br> **Irwin** <br> Last Name |
| | Bring your picture identification to your meeting with the trustee. | _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | **Joe** <br> First Name <br><br> **William** <br> Middle Name <br><br> **Irwin** <br> Last Name | **Jessica** <br> First Name <br><br> **Lynn** <br> Middle Name <br><br> **Adams** <br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2   1   6   9 <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – 7   9   3   3 <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ |

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☐ I have not used any business names or EINs.

**Joe Irwin Construction**
Business name

_____
Business name

_____
Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

☐ I have not used any business names or EINs.

**Jessica Lynn Irwin**
Business name

_____
Business name

_____
Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5.  Where you live**

**6612 W. Cheyenne Dr.**
Number    Street

_____

_____

**Sioux Falls          SD      57106**
City                        State    ZIP Code

**Minnehaha**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                        State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____

_____
City                        State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                        State    ZIP Code

**6.  Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1   **Joseph William Irwin**

Debtor 2   **Jessica Lynn Irwin** _____   Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

**9.** **Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes.

District _____   When _____ Case number _____
                                        MM / DD / YYYY

District _____   When _____ Case number _____
                                        MM / DD / YYYY

District _____   When _____ Case number _____
                                        MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

Debtor _____   Relationship to you _____

District _____   When _____ Case number, _____
                                        MM / DD / YYYY   if known

Debtor _____   Relationship to you _____

District _____   When _____ Case number, _____
                                        MM / DD / YYYY   if known

**11.** **Do you rent your residence?**

☒ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

   ☐ No.  Go to line 12.
   ☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Joseph William Irwin**
Debtor 2   **Jessica Lynn Irwin**                                    Case number (if known) _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.  Are you a sole proprietor of any full- or part-time business?**

☐ No.  Go to Part 4.
☑ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

**Jessica Lynn Irwn**
Name of business, if any

**Sioux Falls**
Number     Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                                State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

☑ No
☐ Yes.  What is the hazard?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

Where is the property? _____
Number     Street

_____
City                                State          ZIP Code

Debtor 1    **Joseph William Irwin**

Debtor 2    **Jessica Lynn Irwin**                                    Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Joseph William Irwin | | |
|---|---|---|---|
| Debtor 2 | Jessica Lynn Irwin | Case number (if known) | |

## Part 6:   Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No.  Go to line 16b.
☒ Yes.  Go to line 17.

**16b.** **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☐ Yes.  Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No.  I am not filing under Chapter 7.  Go to line 18.

☒ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18.** How many creditors do you estimate that you owe?

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Joseph William Irwin**

Debtor 2    **Jessica Lynn Irwin**                                    Case number (if known) _____

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Joseph William Irwin**                    X **/s/ Jessica Lynn Irwin**
_____                    _____
Joseph William Irwin, Debtor 1                    Jessica Lynn Irwin, Debtor 2

Executed on **01/24/2019**                         Executed on **01/24/2019**
           _____                                       _____
           MM / DD / YYYY                                     MM / DD / YYYY

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**                                    Case number (if known) _____

**For your attorney, if you are**          I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about
**represented by one**                     eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the
                                           relief available under each chapter for which the person is eligible.  I also certify that I have delivered to
**If you are not represented by**          the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies,
**an attorney, you do not need**           certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition
**to file this page.**                     is incorrect.


          X  **/s/ Thomas A. Blake**_____          Date  **01/24/2019**_____
             Signature of Attorney for Debtor                              MM / DD / YYYY


             **Thomas A. Blake**_____
             Printed name

             **Thomas A. Blake**_____
             Firm Name

             **505 W. 9th St., Ste. 202**_____
             Number        Street

             _____

             _____

             **Sioux Falls**_____  **SD**    **57104**_____
             City                                   State    ZIP Code


             Contact phone  **(605) 336-1216**_____    Email address **legaladvice@tblakelaw.com**____

             **133**_____     **SD**_____
             Bar number                             State

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Joseph</strong><br>First Name</td><td><strong>William</strong><br>Middle Name</td><td><strong>Irwin</strong><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Jessica</strong><br>First Name</td><td><strong>Lynn</strong><br>Middle Name</td><td><strong>Irwin</strong><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong>DISTRICT OF SOUTH DAKOTA</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.   *Schedule A/B: Property* (Official Form 106A/B)

   1a.   Copy line 55, Total real estate, from Schedule A/B.................................................   **$142,625.00**

   1b.   Copy line 62, Total personal property, from Schedule A/B.....................................   **$27,881.00**

   1c.   Copy line 63, Total of all property on Schedule A/B..............................................   **$170,506.00**

## Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.   *Schedule D: Creditors Who Have Claims Secured by Property*  (Official Form 106D)
   2a.   Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....   **$161,360.23**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a.   Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................................   **$0.00**

   3b.   Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+**   **$67,277.24**

   **Your total liabilities**   **$228,637.47**

## Part 3:    Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I..................................................................   **$5,865.22**

5.   *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.........................................................................   **$5,829.47**

| Debtor 1 | **Joseph William Irwin** | | |
|---|---|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) | |

## Part 4:  Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

**$6,472.09**

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)  **$0.00**

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)  **$0.00**

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)  **$0.00**

9d.  Student loans.  (Copy line 6f.)  **$0.00**

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)  **$0.00**

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)  + **$0.00**

9g.  **Total.**  Add lines 9a through 9f.  **$0.00**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case and this filing:</strong></td></tr>
</table>

| Debtor 1 | **Joseph** | **William** | **Irwin** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | **Lynn** | **Irwin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**6612 W. Cheyenne Dr.**
Street address, if available, or other description

_____

**Sioux Falls         SD    57106**
City                State    ZIP Code

**Minnehaha**
County

Homestead located at:

**6612 W. Cheyenne Dr.
Sioux Falls, SD  57106**

**2018 Tax Assessment: $140,740**

**1/10/19 Comparative Market Analysis
$142,625**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    52136

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
        $142,625.00                                          $142,625.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☐ **Check if this is community property**
   (see instructions)

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any
       entries for pages you have attached for Part 1. Write that number here....................................➔    | $142,625.00 |

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

Debtor 1   **Joseph William Irwin**

Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | Check one. | |
| Model: | **Expedition EL** | ☐ Debtor 1 only | |
| Year: | **2012** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **95,000** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | $13,081.00          $13,081.00 |

Other information:

**2012 Ford Expedition EL (approx. 95,000 miles)(Secured)**

☐ Check if this is community property (see instructions)

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Saturn** | Check one. | |
| Model: | **S-Series** | ☐ Debtor 1 only | |
| Year: | **2002** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **135,000** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | $1,615.00           $1,615.00 |

Other information:

**2002 Saturn S-Series (approx. 135,000 miles)**

☐ Check if this is community property (see instructions)

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

     ☑ No
     ☐ Yes

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any
     entries for pages you have attached for Part 2. Write that number here......................................➔    | $14,696.00 |

---

**Part 3:**   **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware

     ☐ No
     ☑ Yes. Describe.....   **See continuation page(s).**          $3,665.00

7.   **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
                 music collection; electronic devices including cell phones, cameras, media players, games

     ☐ No
     ☑ Yes. Describe.....   **See continuation page(s).**          $725.00

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
                 stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

     ☑ No
     ☐ Yes. Describe.....

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
                 canoes and kayaks; carpentry tools; musical instruments

     ☐ No
     ☑ Yes. Describe.....   **See continuation page(s).**          $235.00

| Debtor 1 | **Joseph William Irwin** | | |
|---|---|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) | |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☐ No
   ☑ Yes.  Describe.....   **Pellet rifle**                                                     $25.00

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes.  Describe.....   **Clothes**                                                          $800.00

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ☑ Yes.  Describe.....   **Jewelry/wedding rings**                                            $1,500.00

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☐ No
   ☑ Yes.  Describe.....   **Dog**                                                              $25.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes.  Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here................................................................➔**    $6,975.00

---

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes.............................................................................. Cash: ...........................    $5.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes...........................              Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Joint Checking account - First Premier Bank (includes 1/24/19 payroll)** | $336.97 |
| 17.2. | Checking account: | **Checking account - First Premier Bank-Her** | $110.68 |
| 17.3. | Checking account: | **Joint Checking account with son - First Premier Bank** | $104.44 |
| 17.4. | Savings account: | **Savings account - First Premier Bank-Her** | $1.00 |

Debtor 1    **Joseph William Irwin**

Debtor 2    **Jessica Lynn Irwin**                                    Case number (if known) _____

18.  **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No

   ☐ Yes............................    Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☑ No

   ☐ Yes.  Give specific
   information about
   them.........................    Name of entity:                                    % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No

   ☐ Yes.  Give specific
   information about
   them.........................    Issuer name:

21.  **Retirement or pension accounts**

   *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
   profit-sharing plans

   ☑ No

   ☐ Yes.  List each
   account separately.     Type of account:        Institution name:

22.  **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
   companies, or others

   ☑ No

   ☐ Yes............................                    Institution name or individual:

23.  **Annuities**   (A contract for a specific periodic payment of money to you, either for life or for a number of years)

   ☑ No

   ☐ Yes............................    Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No

   ☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☑ No

   ☐ Yes.  Give specific
   information about them                                                    _____

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

   *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No

   ☐ Yes.  Give specific
   information about them                                                    _____

27.  **Licenses, franchises, and other general intangibles**

   *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☑ No

   ☐ Yes.  Give specific
   information about them                                                    _____

Debtor 1   **Joseph William Irwin**

Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years...................... **Federal: 2018 Federal Income Tax refund and pro rata share of the 2019 Federal Income Tax refund. (See line 30). Amt: Unknown**

| | |
|---|---|
| Federal: | **Unknown** |
| State: | **$0.00** |
| Local: | **$0.00** |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information   **(1) Earned but unpaid wages, (2) accrued vacation time, (3) 2018 Federal Income Tax refund, and (4) pro rata share of the 2019 Federal Income Tax refund up to allowed exemption of $12,000.**   $5,651.91

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value................   Company name:        Beneficiary:        Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information   _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim........   _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim........   _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information   _____

Debtor 1  **Joseph William Irwin**

Debtor 2  **Jessica Lynn Irwin**

Case number (if known) _____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................➔ | **$6,210.00** |

---

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..                                              _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..                                              _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..                                              _____

41. **Inventory**

☑ No
☐ Yes. Describe..                                              _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe.....                                       _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................................................................➔ | **$0.00** |

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

---

Debtor 1  **Joseph William Irwin**
Debtor 2  **Jessica Lynn Irwin**                                    Case number (if known) _____

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....                                                    _____

**48. Crops--either growing or harvested**
☑ No
☐ Yes.  Give specific
information................                                   _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes....                                                    _____

**50. Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes....                                                    _____

**51. Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes.  Give specific
information................                                   _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here.................................................................** ➔ | **$0.00** |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➔ | **$0.00** |

Debtor 1   **Joseph William Irwin**

Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

### Part 8:   List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**............................................................................................➔   $142,625.00

56.  **Part 2: Total vehicles, line 5**                          $14,696.00

57.  **Part 3: Total personal and household items, line 15**                   $6,975.00

58.  **Part 4: Total financial assets, line 36**                    $6,210.00

59.  **Part 5: Total business-related property, line 45**                  $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**              $0.00

61.  **Part 7: Total other property not listed, line 54**          +       $0.00

62.  **Total personal property.**   Add lines 56 through 61.................   $27,881.00   Copy personal property total ➔ +   $27,881.00

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62............................................................   $170,506.00

01/24/2019 02:47:20pm

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**

Case number (if known) _____

**6.**   **Household goods and furnishings (details):**

| | |
|---|---:|
| **TV stand** | **$75.00** |
| **End table (2)  $10 each** | **$20.00** |
| **Couch** | **$100.00** |
| **Chairs (2)  $50 each** | **$100.00** |
| **Sofa table** | **$15.00** |
| **Rug** | **$20.00** |
| **Lamps (3)  $10 each** | **$30.00** |
| **Decorations** | **$50.00** |
| **Curtains** | **$30.00** |
| **Pillows/blankets** | **$50.00** |
| **Refrigerator** | **$150.00** |
| **Stove** | **$100.00** |
| **Dishwasher** | **$50.00** |
| **Microwave** | **$50.00** |
| **Table/chairs** | **$150.00** |
| **Buffet table** | **$100.00** |
| **Pots/pans/kitchenware/dishes/silverware** | **$100.00** |
| **Bunk beds** | **$150.00** |
| **Dresser** | **$20.00** |
| **Bookcase** | **$5.00** |
| **Shelf unit** | **$15.00** |
| **Lamps (2)  $5 each** | **$10.00** |
| **Toys** | **$30.00** |
| **Comforters (2)  $5 each** | **$10.00** |
| **Full-size bed** | **$100.00** |
| **Armoire** | **$50.00** |
| **Dresser** | **$50.00** |
| **Twin bed** | **$20.00** |
| **Small desk** | **$10.00** |
| **Book stand** | **$15.00** |
| **End table** | **$5.00** |
| **Bed** | **$150.00** |
| **Dressers (2)** | **$100.00** |

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**                                    Case number (if known) _____

| | |
|---|---|
| **Nightstands (2)  $35 each** | **$70.00** |
| **Wall mirror** | **$15.00** |
| **Sectional** | **$150.00** |
| **Desk** | **$100.00** |
| **Chair** | **$15.00** |
| **Rug** | **$20.00** |
| **Lamps (2)  $10 each** | **$20.00** |
| **Washer** | **$50.00** |
| **Dryer** | **$100.00** |
| **Coolers** | **$25.00** |
| **Card table w/2 chairs** | **$20.00** |
| **Firepit** | **$25.00** |
| **Lawnmower** | **$100.00** |
| **Rakes/shovels, etc.** | **$50.00** |
| **Tools** | **$200.00** |
| **Vacuum** | **$75.00** |
| **Table & Chairs, Office Chair (Lease to purchase)** | **$500.00** |
| **Misc.** | **$100.00** |
| **Knick knacks** | **$100.00** |

7.    Electronics (details):

| | |
|---|---|
| **TV** | **$100.00** |
| **DVD player** | **$15.00** |
| **TV** | **$10.00** |
| **DVD player** | **$10.00** |
| **TV** | **$200.00** |
| **Computer** | **$100.00** |
| **Printer** | **$140.00** |
| **Mini Ipad** | **$150.00** |

9.    Equipment for sports and hobbies (details):

| | |
|---|---|
| **Kids swing set** | **$100.00** |
| **Bikes (4)  $20 each** | **$80.00** |
| **Fishing equipment** | **$30.00** |
| **Camping equipment** | **$25.00** |

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**                                                    Case number (if known) _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph** | **William** | **Irwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | **Lynn** | **Irwin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Homestead located at:** | $142,625.00 | ☑ $60,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL §§ 43-45-3(1), 43-31-1 |
| **6612 W. Cheyenne Dr. Sioux Falls, SD 57106** | | | |
| **2018 Tax Assessment: $140,740** | | | |
| **1/10/19 Comparative Market Analysis $142,625 Parcel: 52136** Line from *Schedule A/B*: **1.1** | | | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes

| Debtor 1 | **Joseph William Irwin** |
|---|---|
| Debtor 2 | **Jessica Lynn Irwin** |

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2012 Ford Expedition EL (approx. 95,000 miles)(Secured)** Line from *Schedule A/B:* __3.1__ | $13,081.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **2002 Saturn S-Series (approx. 135,000 miles)** Line from *Schedule A/B:* __3.2__ | $1,615.00 | ☑ $1,615.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **TV stand** Line from *Schedule A/B:* __6__ | $75.00 | ☑ $75.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **End table (2)  $10 each** Line from *Schedule A/B:* __6__ | $20.00 | ☑ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Couch** Line from *Schedule A/B:* __6__ | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Chairs (2)  $50 each** Line from *Schedule A/B:* __6__ | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Sofa table** Line from *Schedule A/B:* __6__ | $15.00 | ☑ $15.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Rug** Line from *Schedule A/B:* __6__ | $20.00 | ☑ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Lamps (3)  $10 each** Line from *Schedule A/B:* __6__ | $30.00 | ☑ $30.00 ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

| Debtor 1 | **Joseph William Irwin** |
|---|---|
| Debtor 2 | **Jessica Lynn Irwin** |

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Decorations** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Curtains** <br><br> Line from *Schedule A/B*: __6__ | **$30.00** | ☑ **$30.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Pillows/blankets** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Refrigerator** <br><br> Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Stove** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Dishwasher** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Microwave** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Table/chairs** <br><br> Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Buffet table** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

Debtor 1  **Joseph William Irwin**
Debtor 2  **Jessica Lynn Irwin**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Pots/pans/kitchenware/dishes/silverware**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Bunk beds**<br><br>Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Dresser**<br><br>Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Bookcase**<br><br>Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Shelf unit**<br><br>Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Lamps (2)  $5 each**<br><br>Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Toys**<br><br>Line from *Schedule A/B*: __6__ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Comforters (2)  $5 each**<br><br>Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Full-size bed**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

| Debtor 1 | **Joseph William Irwin** |
|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) _____ |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Armoire**<br><br>Line from *Schedule A/B*: **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Dresser**<br><br>Line from *Schedule A/B*: **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Twin bed**<br><br>Line from *Schedule A/B*: **6** | **$20.00** | ☑ **$20.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Small desk**<br><br>Line from *Schedule A/B*: **6** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Book stand**<br><br>Line from *Schedule A/B*: **6** | **$15.00** | ☑ **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**End table**<br><br>Line from *Schedule A/B*: **6** | **$5.00** | ☑ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Bed**<br><br>Line from *Schedule A/B*: **6** | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Dressers (2)**<br><br>Line from *Schedule A/B*: **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Nightstands (2)  $35 each**<br><br>Line from *Schedule A/B*: **6** | **$70.00** | ☑ **$70.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |

| Debtor 1 | **Joseph William Irwin** |
|---|---|
| Debtor 2 | **Jessica Lynn Irwin** |

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Wall mirror**<br><br>Line from *Schedule A/B*: ___6___ | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Sectional**<br><br>Line from *Schedule A/B*: ___6___ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Desk**<br><br>Line from *Schedule A/B*: ___6___ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Chair**<br><br>Line from *Schedule A/B*: ___6___ | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Rug**<br><br>Line from *Schedule A/B*: ___6___ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Lamps (2)  $10 each**<br><br>Line from *Schedule A/B*: ___6___ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Washer**<br><br>Line from *Schedule A/B*: ___6___ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Dryer**<br><br>Line from *Schedule A/B*: ___6___ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description:<br>**Coolers**<br><br>Line from *Schedule A/B*: ___6___ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

| Debtor 1 | **Joseph William Irwin** |
|---|---|
| Debtor 2 | **Jessica Lynn Irwin** |

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Card table w/2 chairs** <br><br> Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Firepit** <br><br> Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Lawnmower** <br><br> Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Rakes/shovels, etc.** <br><br> Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Tools** <br><br> Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Vacuum** <br><br> Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Table & Chairs, Office Chair (Lease to purchase)** <br><br> Line from *Schedule A/B*: __6__ | $500.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Misc.** <br><br> Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Knick knacks** <br><br> Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

| Debtor 1 | **Joseph William Irwin** | |
|---|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) _____ |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**TV**<br><br>Line from *Schedule A/B*: ____**7**____ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**DVD player**<br><br>Line from *Schedule A/B*: ____**7**____ | **$15.00** | ☑ **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**TV**<br><br>Line from *Schedule A/B*: ____**7**____ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**DVD player**<br><br>Line from *Schedule A/B*: ____**7**____ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**TV**<br><br>Line from *Schedule A/B*: ____**7**____ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Computer**<br><br>Line from *Schedule A/B*: ____**7**____ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Printer**<br><br>Line from *Schedule A/B*: ____**7**____ | **$140.00** | ☑ **$140.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Mini Ipad**<br><br>Line from *Schedule A/B*: ____**7**____ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description:<br>**Kids swing set**<br><br>Line from *Schedule A/B*: ____**9**____ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |

| Debtor 1 | **Joseph William Irwin** |
| Debtor 2 | **Jessica Lynn Irwin** |

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Bikes (4)  $20 each** <br><br> Line from *Schedule A/B*: __9__ | $80.00 | ☑ $80.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Fishing equipment** <br><br> Line from *Schedule A/B*: __9__ | $30.00 | ☑ $30.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Camping equipment** <br><br> Line from *Schedule A/B*: __9__ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Pellet rifle** <br><br> Line from *Schedule A/B*: __10__ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Clothes** <br><br> Line from *Schedule A/B*: __11__ | $800.00 | ☑ $800.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-2(1-3), (5,6) |
| Brief description: **Jewelry/wedding rings** <br><br> Line from *Schedule A/B*: __12__ | $1,500.00 | ☑ $1,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-2(1-3), (5,6) |
| Brief description: **Dog** <br><br> Line from *Schedule A/B*: __13__ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Cash on hand** <br><br> Line from *Schedule A/B*: __16__ | $5.00 | ☑ $5.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |
| Brief description: **Joint Checking account - First Premier Bank (includes 1/24/19 payroll)** <br><br> Line from *Schedule A/B*: __17.1__ | $336.97 | ☑ $336.97 <br> ☐ 100% of fair market value, up to any applicable statutory limit | SDCL § 43-45-4 |

| Debtor 1 | **Joseph William Irwin** | |
|---|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) _____ |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: <br> **Checking account - First Premier Bank-Her** <br><br> Line from *Schedule A/B*: __**17.2**__ | **$110.68** | ☑ **$110.68** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description: <br> **Savings account - First Premier Bank-Her** <br><br> Line from *Schedule A/B*: __**17.4**__ | **$1.00** | ☑ **$1.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description: <br> **Joint Checking account with son - First Premier Bank** <br> Line from *Schedule A/B*: __**17.3**__ | **$104.44** | ☑ **$104.44** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |
| Brief description: <br> **(1) Earned but unpaid wages, (2) accrued vacation time, (3) 2018 Federal Income Tax refund, and (4) pro rata share of the 2019 Federal Income Tax refund up to allowed exemption of $12,000.** <br> Line from *Schedule A/B*: __**30**__ | **$5,651.91** | ☑ **$5,651.91** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **SDCL § 43-45-4** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION (SIOUX FALLS)**

IN RE:   **Joseph William Irwin**                                          CASE NO
         **Jessica Lynn Irwin**
                                                                CHAPTER   **7**

## TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| SDCL § 43-45-2(1-3), (5,6) | $0.00 | $0.00 | $2,300.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 |
| SDCL § 43-45-4 | $0.00 | $0.00 | $12,000.00 | $0.00 | $0.00 | $12,000.00 | $25,581.00 |
| SDCL §§ 43-45-3(1), 43-31-1 | $0.00 | $0.00 | $60,000.00 | $0.00 | $0.00 | $60,000.00 | $142,625.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph** | **William** | **Irwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | **Lynn** | **Irwin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:      List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **AAA Collections, Inc.** | Describe the property that secures the claim: | | | |
| Creditor's name | **Lien in Homestead** | $967.00 | $142,625.00 | |
| **3500 S First Ave, Ste. 100** | | | | |
| Number    Street | | | | |
| **PO Box 881** | | | | |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Sioux Falls** | **SD** | **57105** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Minnehaha County Judgment**

**Last 4 digits of account number**      **1   3   6   9**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $967.00 |
|---|

Debtor 1  **Joseph William Irwin**
Debtor 2  **Jessica Lynn Irwin**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.2**

**CitiMortgage, Inc.**
Creditor's name
**Attn: Bankruptcy Dept.**
Number      Street
**PO Box 6030**

_____

**Sioux Falls       SD    57117-6030**
City                State   ZIP Code

Describe the property that secures the claim:     $94,594.00     $142,625.00

**First Mortgage on Homestead**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Home Loan**

Last 4 digits of account number ___ ___ ___ ___

**2.3**

**Clark County Collection Service LLC**
Creditor's name
**8860 W. Sunset Rd. Ste 100**
Number      Street

_____

**Las Vegas         NV    89148**
City                State   ZIP Code

Describe the property that secures the claim:     $5,540.00     $142,625.00

**Lien in Homestead**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Minnehaha County Judgment**

Last 4 digits of account number   1   3   6   3

Add the dollar value of your entries in Column A on this page.  Write that number here:     **$100,134.00**

Debtor 1　**Joseph William Irwin**
Debtor 2　**Jessica Lynn Irwin**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.4**

**First Premier Bank**
Creditor's name
**PO Box 1348**
Number　Street

Describe the property that secures the claim:

**2012 Ford Expedition**

$25,850.29 | $13,081.00 | $12,769.29

**Sioux Falls**　　**SD**　**57101-1348**
City　　State　ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
　**2012 Ford Expedition**

Last 4 digits of account number ___ ___ ___ ___

---

**2.5**

**Great Western Bank**
Creditor's name
**PO Box 2345**
Number　Street

Describe the property that secures the claim:

**Lien in Homestead**

$2,954.00 | $142,625.00 |

**Sioux Falls**　　**SD**　**57101-2345**
City　　State　ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
　**Minnehaha County Judgment**

Last 4 digits of account number ___7___ ___1___ ___7___ ___7___

---

Add the dollar value of your entries in Column A on this page. Write that number here:

$28,804.29

Debtor 1  **Joseph William Irwin**
Debtor 2  **Jessica Lynn Irwin**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.6**

**LVNV Funding, LLC**
Creditor's name
**15 S. Main Street, Ste. 700**
Number    Street

_____

**Greenville        SC    29601**
City              State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**Lien in Homestead**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Minnehaha County Judgment**

**Last 4 digits of account number**    1  3  5  2

Column A: **$810.00**   Column B: **$142,625.00**

---

**2.7**

**Midland Funding LLC**
Creditor's name
**999 Vanderbilt Beach Rd Ste 607**
Number    Street
**Trak America (Midland Credit)**

_____

**Naples          FL    34108-3510**
City              State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**Lien in Homestead**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Minnehaha County Judgment**

**Last 4 digits of account number**    0  9  8  6

Column A: **$11,228.00**   Column B: **$142,625.00**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:          **$12,038.00**

Debtor 1   **Joseph William Irwin**
Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.8**

**Midland Funding LLC**
Creditor's name
**C/O Messerli & Kramer**
Number   Street
**3033 Campus Drive, Ste. 250**

_____

**Plymouth**          **MN   55441**
City                        State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:          $687.00          $142,625.00

**Lien in Homestead**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Minnehaha County Judgment**

**Last 4 digits of account number**     2  5  5  1

---

**2.9**

**Midland Funding LLC**
Creditor's name
**C/O Messerli & Kramer**
Number   Street
**3033 Campus Drive, Ste. 250**

_____

**Plymouth**          **MN   55441**
City                        State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:          $1,335.00          $142,625.00

**Lien in Homestead**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Minnehaha County Judgment**

**Last 4 digits of account number**     2  5  3  0

---

Add the dollar value of your entries in Column A on this page.  Write that number here:          $2,022.00

Debtor 1   **Joseph William Irwin**
Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.10**

**Portfolio Recovery Associates, LLC**
Creditor's name
**140 Corporate Blvd., #100**
Number   Street

_____

**Norfolk**          **VA**   **23502-4952**
City                 State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**Lien in Homestead**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Minnehaha County Judgment**

Last 4 digits of account number   **2   2   3   4**

Column A: $5,815.00    Column B: $142,625.00

---

**2.11**

**Portfolio Recovery Associates, LLC**
Creditor's name
**140 Corporate Blvd., #100**
Number   Street

_____

**Norfolk**          **VA**   **23502-4952**
City                 State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**Lien in Homestead**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Minnehaha County Judgment**

Last 4 digits of account number   **2   0   4   4**

Column A: $6,902.00    Column B: $142,625.00

---

Add the dollar value of your entries in Column A on this page.  Write that number here:      **$12,717.00**

Debtor 1   **Joseph William Irwin**
Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.12**

**Portfolio Recovery Associates, LLC**
Creditor's name
**140 Corporate Blvd., #100**
Number     Street

_____

**Norfolk**            **VA**   **23502-4952**
City                State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**Lien in Homestead**

| | $1,308.00 | $142,625.00 | |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Minnehaha County Judgment**

Last 4 digits of account number    **1   3   9   0**

**2.13**

**Progressive Leasing**
Creditor's name
**256 Data Drive**
Number     Street

_____

**Draper**              **UT**   **84020**
City                State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**Security Interest in Furniture**

| | $1,939.94 | $500.00 | $1,439.94 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Furniture Lease**

Last 4 digits of account number    **1   8   7   9**

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $3,247.94 |

Debtor 1   **Joseph William Irwin**
Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.14**

**Unifund CCR, LLC**
Creditor's name
**10625 Techwood Cir.**
Number     Street

_____

_____

**Cincinnati      OH   45242**
City          State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**     _____

Describe the property that
secures the claim:

**Lien in Homestead**

|  | Column A | Column B |
|---|---|---|
|  | $1,430.00 | $142,625.00 |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Minnehaha County Judgment**

**Last 4 digits of account number**     1  8  8  8

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| $1,430.00 |
|---|

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

| $161,360.23 |
|---|

Debtor 1   **Joseph William Irwin**

Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **David A. Hill, Esq.** | On which line in Part 1 did you enter the creditor? | **2.3** |
|---|---|---|---|
| | Name | | |
| | **PO Box 824** | Last 4 digits of account number ___ ___ ___ ___ | |
| | Number        Street | | |
| | **Sioux Falls**           **SD**    **57101** | | |
| | City                              State    ZIP Code | | |

| 2 | **Distressed  Asset Portfolio IV, LLC** | On which line in Part 1 did you enter the creditor? | **2.14** |
|---|---|---|---|
| | Name | | |
| | **10625 Techwoods Circle** | Last 4 digits of account number ___ ___ ___ ___ | |
| | Number        Street | | |
| | **Cincinnati**           **OH**    **45242** | | |
| | City                              State    ZIP Code | | |

| 3 | **Lisa Lauinger** | On which line in Part 1 did you enter the creditor? | **2.9** |
|---|---|---|---|
| | Name | | |
| | **Messerli & Kramer** | Last 4 digits of account number ___ ___ ___ ___ | |
| | Number        Street | | |
| | **3033 Campus Drive, Ste. 250** | | |
| | **Plymouth**           **MN**    **55441** | | |
| | City                              State    ZIP Code | | |

| 4 | **Lisa Lauinger** | On which line in Part 1 did you enter the creditor? | **2.8** |
|---|---|---|---|
| | Name | | |
| | **Messerli & Kramer** | Last 4 digits of account number ___ ___ ___ ___ | |
| | Number        Street | | |
| | **3033 Campus Drive, Ste. 250** | | |
| | **Plymouth**           **MN**    **55441** | | |
| | City                              State    ZIP Code | | |

| 5 | **Midland Credit Management** | On which line in Part 1 did you enter the creditor? | **2.7** |
|---|---|---|---|
| | Name | | |
| | **2365 Northside Drive Ste. 300** | Last 4 digits of account number **0   9   8   6** | |
| | Number        Street | | |
| | **San Diego**           **CA**    **92108** | | |
| | City                              State    ZIP Code | | |

| | |
|---|---|
| Debtor 1 | **Joseph William Irwin** |
| Debtor 2 | **Jessica Lynn Irwin** |

Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**6**

**Midland Funding LLC**
Name
**2365 Northside Drive Ste. 300**
Number          Street

**San Diego**                    **CA**    **92108**
City                             State   ZIP Code

On which line in Part 1 did you enter the creditor?        **2.7**

Last 4 digits of account number      ___ ___ ___ ___

---

**7**

**Portfolio Recovery Associates**
Name
**Riverside Commerce Center**
Number          Street
**120 Coroporate Blvd Ste. 100**

**Norfolk**                      **VA**    **23502-4962**
City                             State   ZIP Code

On which line in Part 1 did you enter the creditor?        **2.10**

Last 4 digits of account number      **5** **4** **1** **9**

---

**8**

**Real Time Resolutions**
Name
**1349 Empire Central Dr, Ste. 150**
Number          Street

**Dallas**                       **TX**    **75247-4029**
City                             State   ZIP Code

On which line in Part 1 did you enter the creditor?        **2.14**

Last 4 digits of account number      **0** **5** **3** **6**

---

**9**

**Robert J. Breit**
Name
**Breit Law Offices**
Number          Street
**606 E. Tan Tara Circle**

**Sioux Falls**                  **SD**    **57108**
City                             State   ZIP Code

On which line in Part 1 did you enter the creditor?        **2.7**

Last 4 digits of account number      ___ ___ ___ ___

---

**10**

**Rodenburg Law Firm**
Name
**PO Box 2427**
Number          Street

**Fargo**                        **ND**    **58108**
City                             State   ZIP Code

On which line in Part 1 did you enter the creditor?        **2.14**

Last 4 digits of account number      ___ ___ ___ ___

---

**11**

**Rodenburg Law Firm**
Name
**PO Box 2427**
Number          Street

**Fargo**                        **ND**    **58108**
City                             State   ZIP Code

On which line in Part 1 did you enter the creditor?        **2.12**

Last 4 digits of account number      ___ ___ ___ ___

---

| Debtor 1 | **Joseph William Irwin** | |
|---|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) _____ |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**12**

**Rodenburg Law Firm**
Name
**PO Box 2427**
Number         Street

**Fargo**                          **ND**     **58108**
City                                State     ZIP Code

On which line in Part 1 did you enter the creditor?     **2.11**

Last 4 digits of account number     ___ ___ ___ ___

---

**13**

**Rodenburg Law Firm**
Name
**PO Box 2427**
Number         Street

**Fargo**                          **ND**     **58108**
City                                State     ZIP Code

On which line in Part 1 did you enter the creditor?     **2.10**

Last 4 digits of account number     ___ ___ ___ ___

---

**14**

**Sara Greff Dannen**
Name
**Attorney At Law**
Number         Street
**PO Box 881**

**Sioux Falls**                    **SD**     **57101-0881**
City                                State     ZIP Code

On which line in Part 1 did you enter the creditor?     **2.1**

Last 4 digits of account number     ___ ___ ___ ___

---

**15**

**Watertown Credit Bureau**
Name
**c/o Ted R. Horning, President**
Number         Street
**15 9th Ave SE**

**Watertown**                      **SD**     **57201**
City                                State     ZIP Code

On which line in Part 1 did you enter the creditor?     **2.5**

Last 4 digits of account number     ___ ___ ___ ___

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Joseph</strong><br>First Name</td><td><strong>William</strong><br>Middle Name</td><td><strong>Irwin</strong><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Jessica</strong><br>First Name</td><td><strong>Lynn</strong><br>Middle Name</td><td><strong>Irwin</strong><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong>DISTRICT OF SOUTH DAKOTA</strong></td></tr>
<tr><td colspan="4">Case number<br>(if known)</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☒ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number __ __ __ __ |
| | When was the debt incurred? |
| Number     Street | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| City                State    ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another | intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

### 4.1

**AAA Collections, Inc.**
Nonpriority Creditor's Name
**PO Box 881**
Number        Street
_____

**Sioux Falls          SD      57101-0881**
City                           State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$576.00**

**Last 4 digits of account number**  0  2  2  4

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collecting for Creditor**

### 4.2

**Avera McKennan Hospital**
Nonpriority Creditor's Name
**& University Health Center**
Number        Street
**PO Box 5045**
_____

**Sioux Falls          SD      57117-5045**
City                           State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$300.00**

**Last 4 digits of account number**  __ __ N  A

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical Expense**

| | |
|---|---|
| Debtor 1 | **Joseph William Irwin** |
| Debtor 2 | **Jessica Lynn Irwin** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3

**$700.00**

**Barclays Bank Delaware**
Nonpriority Creditor's Name
**P.O. Box 8803**
Number        Street
_____

**Wilmington            DE      19899**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

### 4.4

**$453.00**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number     Street
**PO Box 30285**
_____

**Salt Lake City          UT      84130-0285**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 5 9 4 2
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

### 4.5

**$6,285.00**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number     Street
**PO Box 30285**
_____

**Salt Lake City          UT      84130-0285**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 9 5 4 5
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | | Total claim |
|---|---|---|

**4.6** $582.00

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number        Street
**PO Box 30285**

**Salt Lake City          UT      84130-0285**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.7** $330.00

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number        Street
**PO Box 30285**

**Salt Lake City          UT      84130-0285**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.8** $1,796.00

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number        Street
**PO Box 30285**

**Salt Lake City          UT      84130-0285**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| Debtor 1 | **Joseph William Irwin** | |
|---|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.9**                                                                                      **$112.00**

**Capital One/Menards**
Nonpriority Creditor's Name
**Retail Services**
Number   Street
**PO Box 30257**

**Salt Lake City          UT     84130-0257**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Bad check**

---

**4.10**                                                                                     **$400.00**

**Celtic Bank**
Nonpriority Creditor's Name
**PO Box 4499**
Number   Street

**Beaverton          OR     97076**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Credit Card**

---

**4.11**                                                                                     **$783.00**

**Chase Bank USA N.A.**
Nonpriority Creditor's Name
**Bankruptcy Department**
Number   Street
**PO Box 15298**

**Wilmington          DE     19850**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  7  3  3  2

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Credit Card**

---

| Debtor 1 | **Joseph William Irwin** | |
|----------|--------------------------|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.12**

| | $4,553.00 |

**Citi Cards**
Nonpriority Creditor's Name
**PO Box 6500**
Number          Street

**Sioux Falls        SD    57117**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   0   2   9
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

**4.13**

| | $1,578.00 |

**CitiCards CBNA**
Nonpriority Creditor's Name
**P.O. Box 6241**
Number          Street

**Sioux Falls        SD    57117-6241**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6   3   7   1
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

**4.14**

| | $311.00 |

**Credit One Bank**
Nonpriority Creditor's Name
**P.O. Box 98873**
Number          Street

**Las Vegas        NV    89193-8873**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6   4   0   4
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**
                                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.15**                                                                          **$678.00**

**Credit One Bank**
Nonpriority Creditor's Name
**P.O. Box 98873**
Number      Street

_____

**Las Vegas**              **NV**    **89193-8873**
City                       State   ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5**  **0**  **3**  **5**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**4.16**                                                                          **$979.00**

**Credit One Bank**
Nonpriority Creditor's Name
**P.O. Box 98873**
Number      Street

_____

**Las Vegas**              **NV**    **89193-8873**
City                       State   ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**4.17**                                                                          **$568.00**

**Credit One Bank**
Nonpriority Creditor's Name
**P.O. Box 98873**
Number      Street

_____

**Las Vegas**              **NV**    **89193-8873**
City                       State   ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3**  **8**  **5**  **5**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

Debtor 1  **Joseph William Irwin**
Debtor 2  **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.18**

| | **$400.00** |

**Credit One Bank**
Nonpriority Creditor's Name
**P.O. Box 98873**
Number     Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Las Vegas**          **NV**    **89193-8873**
City                    State   ZIP Code

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Credit Card**

**4.19**

| | **$2,685.00** |

**Dacotah Bank**
Nonpriority Creditor's Name
**308 S. Main St.**
Number     Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Aberdeen**          **SD**    **57401**
City                    State   ZIP Code

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Personal Loan**

**4.20**

| | **Unknown** |

**Deutsch Bank National Trust Company**
Nonpriority Creditor's Name
**Morgan Stanley Home Equity Loan**
Number     Street
**1270 Northland Drive Suite 200**

Last 4 digits of account number  **2** **6** **2** **2**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Mendota Heights**      **MN**    **55720**
City                    State   ZIP Code

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Minnehaha County Judgment**

| Debtor 1 | **Joseph William Irwin** | |
|---|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.21

**$3,000.00**

**FinWise/Opp Loans**
Nonpriority Creditor's Name
**11 E. Adams Suite 501**
Number     Street

**Chicago**              **IL**     **60603**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Personal Loan**

### 4.22

**$17,936.24**

**First Premier Bank**
Nonpriority Creditor's Name
**601 S. Minnesota Ave.**
Number     Street

**Sioux Falls**          **SD**     **57104**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  1  8  9  1
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Auto Loan**

### 4.23

**$365.00**

**FIT**
Nonpriority Creditor's Name
**Cardholder Services**
Number     Street
**PO Box 3220**

**Buffalo**              **NY**     **14240**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  7  6  1  1
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.24**

$1,247.00

**GE Capital Retail Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number      Street
**PO Box 103104**

**Roswell**          **GA**    **30076**
City                State    ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

Who incurred the debt?    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**4.25**

$173.00

**Genesis FS Card Services**
Nonpriority Creditor's Name
**PO Box 4499**
Number      Street

**Beaverton**          **OR**    **97076-4499**
City                State    ZIP Code

Last 4 digits of account number    7  4  3  4

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

Who incurred the debt?    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**4.26**

$2,071.00

**Great Plains Lending**
Nonpriority Creditor's Name
**Attn:  Customer Support**
Number      Street
**1050 E. 2nd Street, Box 500**

**Edmond**          **OK**    **73034**
City                State    ZIP Code

Last 4 digits of account number    6  2  3  1

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal Loan**

Who incurred the debt?    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Debtor 1   **Joseph William Irwin**
Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.27**

$122.00

**M.C.C.**
Nonpriority Creditor's Name

**PO Box 538**
Number       Street

Last 4 digits of account number   9   8   6   8

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Eau Claire           WI      54702-0538**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Returned Check**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.28**

$1,254.00

**Max Lend**
Nonpriority Creditor's Name

**PO Box 639**
Number       Street

Last 4 digits of account number   8   5   5   3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Parshall           ND      58770-0639**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Personal Loan**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.29**

$502.00

**Merrick Bank**
Nonpriority Creditor's Name

**PO Box 9201**
Number       Street

Last 4 digits of account number   8   8   9   4

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Old Bethpage      NY      11804**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.30**

$399.00

**Mid America Bank & Trust**
Nonpriority Creditor's Name
**960 S. Bishop Ave.**
Number       Street

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

**Rolla**              **MO**    **65401**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**4.31**

$91.00

**Midcontinent Communications**
Nonpriority Creditor's Name
**PO Box 5010**
Number       Street

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

**Sioux Falls**         **SD**    **57117-5010**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Cable**

Is the claim subject to offset?
☑ No
☐ Yes

**4.32**

$205.00

**Sanford Health**
Nonpriority Creditor's Name
**PO Box 5074**
Number       Street

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

**Sioux Falls**         **SD**    **57117-5074**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical Expense**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1   **Joseph William Irwin**
Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.33

**$3,663.00**

**Sioux Empire Federal Credit Union**
Nonpriority Creditor's Name
**PO Box 90240**
Number        Street

_____

**Sioux Falls          SD     57109**
City                   State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Personal Loan**

### 4.34

**$1,122.00**

**Sprint Corp.**
Nonpriority Creditor's Name
**Attn.  Bankruptcy Dept.**
Number        Street
**PO Box 7949**

_____

**Overland Park        KS     66207-0949**
City                   State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Telephone Services**

### 4.35

**$1,217.00**

**Synchrony Bank/Old Navy**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number        Street
**PO Box 965060**

_____

**Orlando              FL     32896-5060**
City                   State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 3 0 4 3
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Credit Card**

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**                          Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.36

**$4,717.00**

**Synchrony Bank/Walmart**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
Number    Street
**PO Box 965060**

**Orlando              FL      32896-5060**
City                  State    ZIP Code

Last 4 digits of account number   **1   6   7   1**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

### 4.37

**$364.00**

**TBOM/CONFIN**
Nonpriority Creditor's Name
**121 Continental Drive, Ste. 108**
Number    Street

**Newark              DE      19713**
City                  State    ZIP Code

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

### 4.38

**$323.00**

**The Bank of Missouri**
Nonpriority Creditor's Name
**5109 S. Broadband Land**
Number    Street

**Sioux Falls          SD      57109**
City                  State    ZIP Code

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.39**

$99.00

**Tri-State Endodontics**
Nonpriority Creditor's Name
**3500 S. Kiwanis Ave. #100**
Number        Street

_____

**Sioux Falls          SD      57105**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4   6   5   9**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Dental Services**

**4.40**

$338.00

**Vast Broadband Communications**
Nonpriority Creditor's Name
**5100 S. Broadband Lane**
Number        Street

_____

**Sioux Falls          SD      57108**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3   5   0   2**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Cable Bill**

**4.41**

$4,000.00

**Verizon Wireless**
Nonpriority Creditor's Name
**PO Box 25505**
Number        Street

_____

**Lehigh Valley        PA      18002-5505**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5   1   1   3**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Telephone Services**

Debtor 1  **Joseph William Irwin**
Debtor 2  **Jessica Lynn Irwin**                                         Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

**Access Receivables**
Name
**PO Box 1377**
Number        Street



**Cockeysville**          **MD**    **21030-6377**
City                              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.31**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      **3**   **3**   **8**   **7**

**Accounts Management, Inc.**
Name
**PO Box 1843**
Number        Street



**Sioux Falls**          **SD**    **57101**
City                            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.2**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___  ___  ___  ___

**American Accounts & Advisers, Inc.**
Name
**7460 80th Street S**
Number        Street



**Cottage Grove**          **MN**    **55016**
City                              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.9**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      **6**   **2**   **5**   **0**

**Anesthesiology Associates, Inc.**
Name
**1100 E. 26th St., Ste. 1**
Number        Street



**Sioux Falls**          **SD**    **57105**
City                            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.1**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___  ___  ___  ___

**ARS National Services, Inc.**
Name
**PO Box 469100**
Number        Street



**Escondido**          **CA**    **92046-9100**
City                          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.12**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      **0**   **1**   **3**   **8**

Debtor 1   **Joseph William Irwin**
Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Asset Recovery Solutions, LLC**
Name
**2200 E. Devon Ave. Ste. 200**
Number        Street

**Des Plaines**        **IL**    **60018-4501**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.5**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5**   **5**   **7**   **2**

---

**Breit Law Office, P.C.**
Name
**Robert J. Breit**
Number        Street
**606 E. Tan Tara Circle**

**Sioux Falls**        **SD**    **57108**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.39**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0**   **1**   **8**   **9**

---

**Cavalry SPV I LLC**
Name
**500 Summit Lake Drive Ste. 400**
Number        Street

**Valhalla**        **NY**    **10595**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.36**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Client Services, Inc.**
Name
**3451 Harry S Truman Blvd.**
Number        Street

**St. Charles**        **MO**    **63301-4047**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.4**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3**   **6**   **1**   **1**

---

**Enhanced Recovery Company**
Name
**P.O. Box 57547**
Number        Street

**Jacksonville**        **FL**    **32241**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.34**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**FinWise**
Name
**820 E. 9400 South**
Number        Street

**Sandy**        **UT**    **84094**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.21**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor 1    **Joseph William Irwin**

Debtor 2    **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Glen Bruschwein**
Name

**38 2nd Ave E**
Number    Street

**Dickinson**     **ND**    **58601**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.20**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Indigo Card**
Name

**C/O Genesis FS Card Services**
Number    Street
**P.O. Box 4477**

**Beaverton**     **OR**    **97076-4477**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.25**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   7   4   3   4

---

**J.C. Christensen & Associates, Inc.**
Name

**PO Box 519**
Number    Street

**Sauk Rapids**     **MN**    **56379**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.15**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   8   4   2   9

---

**Joel R. Boon**
Name

**Attorney At Law**
Number    Street
**3209 W. 76th Street, Ste. 301**

**Minneapolis**     **MN**    **55435**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.36**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**LVNV Funding**
Name

**PO Box 1269**
Number    Street

**Greenville**     **SC**    **29602**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.8**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**LVNV Funding, LLC**
Name

**PO Box 10497**
Number    Street

**Greenville**     **SC**    **29603**
City      State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.16**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**                                        Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Mid America Bank & Trust**
Name
**PO Box 400**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.30**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

**Dixon**              **MO**   **65459-0400**
City                   State   ZIP Code

---

**Midland Funding LLC**
Name
**2365 Northside Drive Ste. 300**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.6**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

**San Diego**          **CA**   **92108**
City                   State   ZIP Code

---

**MRS BPO, LLC**
Name
**1930 Olney Ave.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.11**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  **5**  **1**  **4**  **5**

**Cherry Hill**        **NJ**   **08003**
City                   State   ZIP Code

---

**Novak Sanitary Service**
Name
**5000 W. 8th Street**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.1**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

**Sioux Falls**        **SD**   **57107**
City                   State   ZIP Code

---

**Rodenburg Law Firm**
Name
**PO Box 2427**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.16**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

**Fargo**              **ND**   **58108**
City                   State   ZIP Code

---

**Simm Associates, Inc.**
Name
**800 Pencader Dr.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.28**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  **0**  **2**  **1**  **1**

**Newark**             **DE**   **19702**
City                   State   ZIP Code

Debtor 1  **Joseph William Irwin**
Debtor 2  **Jessica Lynn Irwin**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**Verizon**
Name
**Attn: VSAT**
Number      Street
**180 Washington Valley Road**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __**4.41**__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Bedminster**          **NJ**    **07921**
City                State   ZIP Code

Debtor 1   **Joseph William Irwin**

Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total claim |
|---|---|---|---|---|
| | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | $0.00 |

**Total claims from Part 2**

| | | | | Total claim |
|---|---|---|---|---|
| | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $67,277.24 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $67,277.24 |

<table>
<tr><td colspan="4">

**Fill in this information to identify your case:**
</td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph**<br>First Name | **William**<br>Middle Name | **Irwin**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Jessica**<br>First Name | **Lynn**<br>Middle Name | **Irwin**<br>Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

| | |
|---|---|
| **2.1** | **Progressive Leasing**<br>Name | **Furniture**<br>**Contract to be ASSUMED** |
| | **256 Data Drive**<br>Number      Street | |
| | _____ | |
| | **Draper**                    **UT**        **84020**<br>City                              State      ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph** | **William** | **Irwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | **Lynn** | **Irwin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors                                                                  12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
    - ☑ No
    - ☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
    - ☑ No. Go to line 3.
    - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
        - ☐ No
        - ☐ Yes

3.  **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:*  **Your codebtor**                                   *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph** **William** **Irwin** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Jessica** **Lynn** **Irwin** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH DAKOTA** |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | **SiteWorks** | **Gymboree Operations, Inc.** |
| **Employer's address** | | **Self-Employment Cleaning** |
| | Number  Street | Number  Street |
| | | |
| | City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | **2015 - Present** | **02/2018 - Present** |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$5,796.70** | **$363.88** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$5,796.70** | **$363.88** |

Debtor 1 **Joseph William Irwin**
Debtor 2 **Jessica Lynn Irwin**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................ ➔ | 4. | $5,796.70 | $363.88 |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | $566.78 | $39.84 |
| **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| **5e.** Insurance | 5e. | $0.00 | $0.00 |
| **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
| **5g.** Union dues | 5g. | $0.00 | $0.00 |
| **5h.** Other deductions.<br>Specify: _____ | 5h. + | $0.00 | $0.00 |
| **6. Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $566.78 | $39.84 |
| **7. Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $5,229.92 | $324.04 |

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $311.26 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
| **8e.** Social Security | 8e. | $0.00 | $0.00 |
| **8f.** Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | $0.00 |
| **8g.** Pension or retirement income | 8g. | $0.00 | $0.00 |
| **8h.** Other monthly income.<br>Specify: _____ | 8h. + | $0.00 | $0.00 |
| **9. Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $311.26 |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| **10. Calculate monthly income.**  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $5,229.92 | + | $635.30 | = | $5,865.22 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Specify: _____ | 11. + | $0.00 |
|---|---|---|

| **12. Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | $5,865.22<br>**Combined monthly income** |
|---|---|---|

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain: **Gymboree is filing Bankruptcy and closing so Jessica will be losing her job- $363.83/month**

**Jessica has also lost one of her cleaning clients - $250/month**

01/24/2019 02:47:26pm

Debtor 1  **Joseph William Irwin**

Debtor 2  **Jessica Lynn Irwin**

Case number (if known) _____

8a.  Attached Statement (Debtor 2)

## Cleaning

**Gross Monthly Income:**                                                                       $414.00

| Expense | Category | Amount |
|---------|----------|--------|
| Sales Tax | Taxes | **$18.63** |
| Gas | Transportation | **$69.11** |
| Daycare | Expense | **$15.00** |

**Total Monthly Expenses**                                                              $102.74

**Net Monthly Income:**                                                                     $311.26

**Fill in this information to identify your case:**

| Debtor 1 | Joseph | William | Irwin |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jessica | Lynn | Irwin |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, attach another sheet to this form.  On the top of any additional pages, write your
name and case number (if known).  Answer every question.

## Part 1:   Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

☑ Yes.  **Does Debtor 2 live in a separate household?**

☑ No

☐ Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**

Do not list Debtor 1 and
Debtor 2.

Do not state the dependents'
names.

☐ No

☑ Yes.  Fill out this information
for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 15 | ☐ No  ☑ Yes |
| Son | 5 | ☐ No  ☑ Yes |
| Son | 3 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include
expenses of people other than
yourself and your dependents?**

☑ No
☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental Schedule J, check the box at the top of
the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.

4.   _____ **$884.92**

If not included in line 4:

4a.  Real estate taxes

4a.   _____

4b.  Property, homeowner's, or renter's insurance

4b.   _____

4c.  Home maintenance, repair, and upkeep expenses

4c.   _____ **$200.00**

4d.  Homeowner's association or condominium dues

4d.   _____

Debtor 1   **Joseph William Irwin**

Debtor 2   **Jessica Lynn Irwin**

Case number (if known) _____

**Your expenses**

5.   **Additional mortgage payments for your residence,** such as home equity loans   5.   _____

6.   **Utilities:**

6a.   Electricity, heat, natural gas   **(See continuation sheet(s) for details)**   6a.   **$260.00**

6b.   Water, sewer, garbage collection   **(See continuation sheet(s) for details)**   6b.   **$122.00**

6c.   Telephone, cell phone, Internet, satellite, and cable services   **(See continuation sheet(s) for details)**   6c.   **$574.00**

6d.   Other. Specify: _____   6d.   _____

7.   **Food and housekeeping supplies**   7.   **$900.00**

8.   **Childcare and children's education costs**   8.   **$100.00**

9.   **Clothing, laundry, and dry cleaning**   9.   **$250.00**

10.   **Personal care products and services**   10.   **$150.00**

11.   **Medical and dental expenses**   11.   **$300.00**

12.   **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.   12.   **$350.00**

13.   **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   **$150.00**

14.   **Charitable contributions and religious donations**   14.   **$100.00**

15.   **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.   Life insurance   15a.   _____

15b.   Health insurance   15b.   _____

15c.   Vehicle insurance   15c.   **$180.00**

15d.   Other insurance. Specify:   **See continuation sheet**   15d.   **$0.00**

16.   **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:   **Self-Employment 1099 taxes**   16.   **$50.00**

17.   **Installment or lease payments:**

17a.   Car payments for Vehicle 1   **Ford Expedition Pymt**   17a.   **$541.03**

17b.   Car payments for Vehicle 2   17b.   _____

17c.   Other. Specify:   **Progressive Leasing; furnitu**   17c.   **$195.52**

17d.   Other. Specify: _____   17d.   _____

18.   **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**   18.   _____

19.   **Other payments you make to support others who do not live with you.**
Specify: _____   19.   _____

Debtor 1  **Joseph William Irwin**

Debtor 2  **Jessica Lynn Irwin**

Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.**  Specify:  **See continuation sheet** _____  21.  +_____ **$522.00**

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$5,829.47** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$5,829.47** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$5,865.22** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | −**$5,829.47** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$35.75** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.  Explain here:
**None.**

01/24/2019 02:47:27pm

| Debtor 1 | **Joseph William Irwin** | |
|---|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) |

**6a.** Electricity, heat, natural gas (details):
**Electricity** $170.00
**Heat** $90.00

Total: **$260.00**

**6b.** Water, sewer, garbage collection (details):
**Water/sewer** $95.00
**Garbage Service** $27.00

Total: **$122.00**

**6c.** Telephone, cell phone, Internet, satellite, and cable services (details):
**Cell phones** $450.00
**Internet** $87.00
**Netflix** $13.00
**Hulu** $12.00
**Amazon** $12.00

Total: **$574.00**

**15d.** Other insurance (details):
**Health Insurance Needed - $400**

Total: **$0.00**

**21.** Other.  Specify:
**Misc.** $350.00
**Gym membership, Car wash membership** $97.00
**School Lunches** $25.00
**Online tuition (Home schooling for son age 15)** $50.00

Total: **$522.00**

**Schedule J: Your Expenses**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Joseph** | **William** | **Irwin** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | **Lynn** | **Irwin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Joseph William Irwin**          X **/s/ Jessica Lynn Irwin**
___Joseph William Irwin, Debtor 1___          ___Jessica Lynn Irwin, Debtor 2___

Date **01/24/2019**                    Date **01/24/2019**
      MM / DD / YYYY                          MM / DD / YYYY

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Joseph</strong><br>First Name</td><td><strong>William</strong><br>Middle Name</td><td><strong>Irwin</strong><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Jessica</strong><br>First Name</td><td><strong>Lynn</strong><br>Middle Name</td><td><strong>Irwin</strong><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong>DISTRICT OF SOUTH DAKOTA</strong></td></tr>
<tr><td colspan="4">Case number<br>(if known)</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write
your name and case number (if known).  Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**
    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
    Washington, and Wisconsin.)
    ☑ No
    ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Joseph William Irwin**

Debtor 2    **Jessica Lynn Irwin**                                Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---------|-------------------------------------|

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$1,901.67 (est.)** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$40.20 (est.)** |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$62,528.72** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$2,781.25** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$43,847.00** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$16,365.00** |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security;
    unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
    and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under
    Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | _____ | _____ | **1099 Cleaning** | _____ |
| | _____ | _____ | _____ | _____ |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>YYYY | _____ | _____ | **1099 Cleaning** | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>YYYY | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

Debtor 1 **Joseph William Irwin**

Debtor 2 **Jessica Lynn Irwin**

Case number (if known) _____

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

Debtor 1   **Joseph William Irwin**
Debtor 2   **Jessica Lynn Irwin**                                   Case number (if known) _____

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☑ No
    ☐ Yes.  Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No.  Go to line 11.
    ☑ Yes.  Fill in the information below.

| | **Describe the property** | **Date** | **Value of the property** |
|---|---|---|---|
| **Clark County Collections, Inc.** | **Garnishment of His Wages:** | _____ | _____ |
| Creditor's Name | | | |
| | **12/12/18 - $182.48** | | |
| Number     Street | **12/19/18 - $153.67** | | |
| | **12/26/18 - $192.09** | | |
| | **01/02/19 - $174.09** | | |
| | **01/09/19 - $192.09** | | |
| City                State     ZIP Code | **01/16/19 - $192.09** | | |
| | **01/24/19 - $ 91.24** | | |

**Explain what happened**
☐ Property was repossessed.
☐ Property was foreclosed.
☑ Property was garnished.
☐ Property was attached, seized, or levied.

| | **Describe the property** | **Date** | **Value of the property** |
|---|---|---|---|
| **AAA Collections, Inc.** | **Bank Levy** | **7/11/2018** | **$681.21** |
| Creditor's Name | | | |
| | | | |
| Number     Street | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City                State     ZIP Code | ☑ Property was attached, seized, or levied. | | |

| | **Describe the property** | **Date** | **Value of the property** |
|---|---|---|---|
| **Rodenberg Law Firm** | **Bank Levy** | **10/4/2018** | **$759.93** |
| Creditor's Name | | | |
| | | | |
| Number     Street | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City                State     ZIP Code | ☑ Property was attached, seized, or levied. | | |

| Debtor 1 | **Joseph William Irwin** | | |
|---|---|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) | _____ |

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:     List Certain Gifts and Contributions**

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

---

**Part 6:     List Certain Losses**

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

---

**Part 7:     List Certain Payments or Transfers**

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☑ No
☐ Yes.  Fill in the details.

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

---

Debtor 1 **Joseph William Irwin**

Debtor 2 **Jessica Lynn Irwin**                                    Case number (if known) _____

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Vern Eide** | **Trade in of 2015 Chysler Town & Country** | **2012 Ford Expedition (negative equity of $2,739.67)** | **6/25/2018** |
| Person Who Received Transfer | | | |
| Number     Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you **Non-Related** | | | |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Joseph's parents** | **Sold a 2018 Dodge Nitro to Joseph's parents for the loan payoff balance.  FMV of vehicle approximately $16,000.** | **Joseph's parent's paid loan with First Pemier Bank in the amount of $17,965.43.** | **5/15/18** |
| Person Who Received Transfer | | | |
| Number     Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you **Debtors' Parents** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**  (These are often called asset-protection devices.)

☑ No

☐ Yes. Fill in the details.

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **First Premier Bank-Her (open)** | | | | |
| Name of Financial Institution | **XXXX-** __ __ __ __ | ☑ Checking | | $110.68 |
| | | ☑ Savings | | |
| Number     Street | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| | | ☐ Other | | |
| City          State    ZIP Code | | | | |

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**

Case number (if known) _____

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **First Premier Bank-Her (open)** <br> Name of Financial Institution <br><br> Number    Street <br><br><br> City            State    ZIP Code | XXXX- __ __ __ __ | ☐ Checking <br> ☑ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | _____ | **$1.00** |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **First Premier Bank-Joint (open)** <br> Name of Financial Institution <br><br> Number    Street <br><br><br> City            State    ZIP Code | XXXX- __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | _____ | **$336.97** |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **First Premier Bank-Her with son (open)** <br> Name of Financial Institution <br><br> Number    Street <br><br><br> City            State    ZIP Code | XXXX- __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | _____ | **$104.44** |

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

Debtor 1   **Joseph William Irwin**

Debtor 2   **Jessica Lynn Irwin**                                                    Case number (if known) _____

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23.  **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

| Debtor 1 | **Joseph William Irwin** | | |
|---|---|---|---|
| Debtor 2 | **Jessica Lynn Irwin** | Case number (if known) | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| **Joe Irwin Construction,** | **Describe the nature of the business** | **Employer Identification number** |
|---|---|---|
| Business Name | fdba Construction | Do not include Social Security number or ITIN. |
| **a SD Sole Proprietorship** | | EIN:  __ __  –  __ __ __ __ __ __ __ |
| Number      Street | **Name of accountant or bookkeeper** | |
| | | **Dates business existed** |
| City                 State    ZIP Code | | From     **2012**     To     **2015** |

| **Jessica Lynn Irwin,** | **Describe the nature of the business** | **Employer Identification number** |
|---|---|---|
| Business Name | dba Cleaning | Do not include Social Security number or ITIN. |
| **a S.D. Sole Proprietorship** | | EIN:  __ __  –  __ __ __ __ __ __ __ |
| Number      Street | **Name of accountant or bookkeeper** | |
| | | **Dates business existed** |
| City                 State    ZIP Code | | From     **7/1/2018**     To     **Present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**                                    Case number (if known) _____

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Joseph William Irwin**                          **X /s/ Jessica Lynn Irwin**
Joseph William Irwin, Debtor 1                          Jessica Lynn Irwin, Debtor 2

Date    **01/24/2019**                                  Date    **01/24/2019**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                                   *Declaration, and Signature*  (Official Form 119).

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 10

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Joseph**<br>First Name | **William**<br>Middle Name | **Irwin**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Jessica**<br>First Name | **Lynn**<br>Middle Name | **Irwin**<br>Last Name |
| United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA** | | | |
| Case number<br>(if known) | | | |

☐ Check if this is an amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

### Part 1:     List Your Creditors Who Hold Secured Claims

1.   **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **CitiMortgage, Inc.**<br><br>Description of property securing debt: **First Mortgage on Homestead** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **First Premier Bank**<br><br>Description of property securing debt: **2012 Ford Expedition** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **First Premier Bank**<br><br>Description of property securing debt: **Auto Loan** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

| Debtor 1 | **Joseph William Irwin** |
|---|---|
| Debtor 2 | **Jessica Lynn Irwin** |

Case number (if known) _____

| **Identify the creditor and the property that is collateral** | **What do you intend to do with the property that secures a debt?** | **Did you claim the property as exempt on Schedule C?** |
|---|---|---|
| Creditor's name: **Progressive Leasing** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **Security Interest in Furniture** | | |

---

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will this lease be assumed?** |
|---|---|
| Lessor's name: **Progressive Leasing** | ☐ No |
| Description of leased property: **Furniture** | ☒ Yes |

Debtor 1   **Joseph William Irwin**

Debtor 2   **Jessica Lynn Irwin**                                          Case number (if known) _____

---

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.**

X **/s/ Joseph William Irwin**                          X **/s/ Jessica Lynn Irwin**
Joseph William Irwin, Debtor 1                          Jessica Lynn Irwin, Debtor 2

Date **01/24/2019**                                      Date **01/24/2019**
MM / DD / YYYY                                            MM / DD / YYYY

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph** | **William** | **Irwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | **Lynn** | **Irwin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1
## Chapter 7 Statement of Your Current Monthly Income                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1.  **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2.  **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$5,796.70** | **$363.88** |
| 3.  **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | **$0.00** | **$0.00** |
| 4.  **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | **$0.00** | **$0.00** |

Debtor 1    **Joseph William Irwin**
Debtor 2    **Jessica Lynn Irwin**

Case number (if known) _____

|  | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or**<br>**non-filing spouse** |
|---|---|---|

**5.    Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $414.00 |  |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − $102.49 |  |  |  |
| Net monthly income from a business, profession, or farm | $0.00 | $311.51 | Copy here ➜ | $0.00 | $311.51 |

**6.    Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 |  |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 |  |  |  |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here ➜ | $0.00 | $0.00 |

**7.    Interest, dividends, and royalties**                                                $0.00            $0.00

**8.    Unemployment compensation**                                                $0.00            $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you.......................................................................    $0.00

For your spouse.............................................................    $0.00

**9.    Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.                $0.00            $0.00

**10.    Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.                    + _____ + _____

**11.    Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

| $5,796.70 | + | $675.39 | = | $6,472.09 |
|---|---|---|---|---|

**Total current**
**monthly income**

| | |
|---|---|
| Debtor 1 | **Joseph William Irwin** |
| Debtor 2 | **Jessica Lynn Irwin** |

Case number (if known) _____

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12.  Calculate your current monthly income for the year.**  Follow these steps:

12a.   Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➔   12a.   | **$6,472.09** |

Multiply by 12 (the number of months in a year).    **X    12**

12b.   The result is your annual income for this part of the form.    12b.   | **$77,665.08** |

**13.  Calculate the median family income that applies to you.**  Follow these steps:

Fill in the state in which you live.    | **South Dakota** |

Fill in the number of people in your household.    | **5** |

Fill in the median family income for your state and size of household.............................................   13.   | **$95,027.00** |

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14.  How do the lines compare?**

14a.   ☑   Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.   ☐   Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X  /s/ Joseph William Irwin**                              **X  /s/ Jessica Lynn Irwin**
Joseph William Irwin, Debtor 1                              Jessica Lynn Irwin, Debtor 2

Date   **1/24/2019**                                          Date   **1/24/2019**
         MM / DD / YYYY                                                 MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.